IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
(BECKLEY)

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 5:14-cv-26250 Judge Irene C. Berger |
| RHINO ENERGY WV LLC d/b/a RHINO EASTERN LLC | ) ) ) ) | |
| Defendant. | ) ) ) | |

## EEOC'S NOTICE OF DEPOSITION OF DAVID ZATEZALO

PLEASE TAKE NOTICE that, commencing on December 17, 2015 at 9:00 AM, and continuing thereafter from day to day until completed, Plaintiff, the U.S. Equal Employment Opportunity Commission, will take the deposition of David Zatezalo at Brown Reporting Agency, Inc., 117 Main Street, Beckley, West Virginia 25801.

The deposition will be taken upon oral examination before a certified court reporter or other person authorized by law to administer oaths and will be recorded by stenographic means.

Respectfully submitted,

/s/ Jessi Isenhart_____
JESSI ISENHART
WV Bar No. 10692
jessi.isenhart@eeoc.gov
EEOC - Cleveland Field Office
1240 East 9th Street, Suite 3001
Cleveland, OH 44199
Dated:  November 13, 2015          Phone: 216-522-7676 / Fax: 216-522-7430

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 13, 2015, I electronically filed the foregoing EEOC's Notice of Deposition of David Zatezalo using the CM/ECF system.  All parties and counsel of record will receive notice of this filing through the Court's CM/ECF system and may access the filing through the Court's CM/ECF system.


/s/ Jessi Isenhart
JESSI ISENHART