**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
(BECKLEY)**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )   CIVIL ACTION NO. 5:14-cv-26250 ) |
| RHINO ENERGY WV LLC d/b/a RHINO EASTERN LLC, | )   Judge Irene C. Berger ) ) |
| Defendant. | ) ) ) |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

The parties respectfully request that the Court execute and enter the attached Consent Decree, which reflects the terms on which the parties have agreed to resolve this matter.

Respectfully submitted,

| | |
|---|---|
| s/ Jessi Isenhart | s/ Brian J. Moore |
| Jessi Isenhart (WV State Bar #10692) | Brian J. Moore (WV State Bar #8898) |
| Trial Attorney | Katherine B. Capito (WV State Bar #11633) |
| EEOC – Cleveland Field Office | Dinsmore & Shohl LLP |
| 1240 East 9th Street, Suite 3001 | P.O. Box 11887 |
| Cleveland, OH  44199 | Charleston, WV  25339-1887 |
| Telephone:  (216) 522-7676 | Telephone:  (304) 357-0900 |
| Facsimile:  (216) 522-7430 | Facsimile:   (304) 357-0919 |
| Email:  jessi.isenhart@eeoc.gov | Email:  brian.moore@dinsmore.com |
| | Email:  katie.capito@dinsmore.com |
| Counsel for Plaintiff Equal Employment Opportunity Commission | Counsel for Defendant Rhino Energy WV LLC d/b/a Rhino Eastern, LLC |